# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STRIKE 3 HOLDINGS, LLC,**

    **Plaintiff,**

v.                                                     Case No:   **6:19-cv-469-Orl-31DCI**

**JONATHAN MAXWELL,**

    **Defendant.**

## ORDER

On September 10, 2019, Plaintiff notified the Court that Defendant was claiming to have filed for bankruptcy (Doc. 17). Plaintiff could not verify that fact, but nevertheless intended to honor the possibility that an automatic stay was in place. In order to verify Defendant's claim, the Court ordered Defendant to provide the case number and district in which the bankruptcy case was filed (Doc. 18). Defendant has not filed a timely response. It is therefore

**ORDERED** that until such time as Defendant provides adequate notice, the Court assumes that no petition in bankruptcy has been filed and Plaintiff may proceed with this litigation.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 11, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party