UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. **6:19-cv-00469-GAP-DCI**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JONATHAN MAXWELL, an individual,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF DEFENDANT'S BANKRUPTCY**

Please take notice that on November 21, 2019, Defendant, Jonathan Maxwell, appearing pro se, confirmed with Plaintiff, Strike 3 Holdings, LLC, that he filed for bankruptcy. Defendant's bankruptcy case number is 6:19-bk-07660-KSJ.  As a result, Plaintiff respectfully requests the Court stay the case management conference, which is due by December 5, 2019 [CM/ECF 25] as well as any other future litigation deadlines pending the disposition in that bankruptcy action.

Dated: December 2, 2019

                                                                                        Respectfully submitted,

                                                                                       SMGQ LAW

                                                                                       /s/ *Rachel E. Walker*_____
                                                                                       RACHEL E. WALKER (FL Bar No. 111802)
                                                                                       218 NW 24th Street
                                                                                       Miami, FL 33127
                                                                                       Telephone: (305) 377-1000
                                                                                       Facsimile: (855) 327-0391
                                                                                       Primary Email: rwalker@smgqlaw.com
                                                                                       Secondary Email: aalbuerne@smgqlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2019, a copy of the forgoing was sent to Defendant via U.S. Mail to 230 S. Cypress Way Casselberry, Florida 32707.

/s/ *Rachel E. Walker*