**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STRIKE 3 HOLDINGS, LLC,**

             **Plaintiff,**

**v.**                                                           **Case No:   6:19-cv-469-Orl-31DCI**

**JONATHAN MAXWELL,**

             **Defendant.**

_____

**ORDER**

Upon consideration of Plaintiff's Notice of Defendant's Bankruptcy (Doc. 26), filed on

December 2, 2019, it is

**ORDERED** and **ADJUDGED** that:

1.      Pursuant to the provisions of 11 U.S. C. § 362, Plaintiff's claims against Defendant

are automatically **STAYED**.

2.      Plaintiff may seek to reinstate these claims to active status, upon proper motion.

If the claims are resolved by the bankruptcy proceedings, Plaintiff shall promptly move for

dismissal of this defendant.

3.      Plaintiff is directed to file and serve a status report regarding the pending

bankruptcy on or before March 2, 2020, and every six months thereafter until the bankruptcy

proceeding is resolved or the stay is lifted.

4.      Any pending motions, deadlines, or hearings are stayed pending resolution of the

bankruptcy case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 3, 2019.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party